IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TALANA BROWN,** o/b/o M.A.W., a minor,  )  )  ) | |
| **Plaintiff,**  ) | |
| )  **Civil No.**  15-cv-596-CJP[1] | |
| vs.  )  ) | |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,**  )  )  )  ) | |
| **Defendant.**  ) | |

**MEMORANDUM and ORDER**

**PROUD, Magistrate Judge:**

This matter is now before the Court on the parties' Joint Stipulation to Remand to the Commissioner. **(Doc. 27).**

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

The parties agree that, on remand, the Appeals Council will instruct the ALJ to hold a new hearing and provide plaintiff with an opportunity to submit

---

[1] This case was referred to the undersigned for final disposition upon consent of the parties, pursuant to 28 U.S.C. §636(c). See, Doc. 16.

1

additional evidence. If necessary, the ALJ will seek supplemental evidence from a medical expert. After reevaluating the evidence, the ALJ will issue a new decision regarding the disability application.

For good cause shown, the parties' Joint Stipulation to Remand **(Doc. 27)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Talana Brown's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: February 17, 2016.**

>s/ Clifford J. Proud
>**CLIFFORD J. PROUD**
>**UNITED STATES MAGISTRATE JUDGE**